## Commonwealth *v.* Bates, Appellant.

Submitted November 16, 1971.   Before BELL, C. J., JONES, EAGEN, O'BRIEN, ROBERTS, POMEROY and BARBIERI, JJ.

*Leonard Turner,* for appellant.

*Carolyn E. Temin* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 20, 1972:
Order affirmed.

The former Mr. Chief Justice BELL and the former Mr. Justice BARBIERI took no part in the decision of this case.